<u>UNPUBLISHED</u>

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 01-8116

EL SHADDAI MASADA,

Plaintiff - Appellant,

versus

KENNETH A. RICHSTAD, Clerk, South Carolina
Court of Appeals; IDA R. CARSON, Deputy Clerk;
JASPER M. CURETON, JR.,

Defendants - Appellees.

Appeal from the United States District Court for the District of
South Carolina, at Spartanburg.  Joseph F. Anderson, Jr., Chief
District Judge.  (CA-01-3836-7)

Submitted:  April 18, 2002          Decided:  April 25, 2002

Before MOTZ, TRAXLER, and GREGORY, Circuit Judges.

Affirmed by unpublished per curiam opinion.

El Shaddai Masada, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

El Shaddai Masada appeals the district court's order dismissing without prejudice his 42 U.S.C.A. § 1983 (West Supp. 2001) complaint. We have reviewed the record and the district court's order accepting the recommendation of the magistrate judge and find no reversible error. Accordingly, we deny Masada's motion for appointment of counsel and affirm on the reasoning of the district court. Masada v. Richstad, No. CA-01-3836-7 (D.S.C. Nov. 20, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

2